UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROL JUSKIEWICZ ) | |
| ) | |
| Plaintiff(s), ) | No. C05-3094 BZ |
| ) | |
| v. ) | **NOTICE OF RECUSAL** |
| ) | |
| INTEL CORPORTION, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

I hereby recuse myself in the above action.

Dated: August 4, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\JUSKIEWICZ RECUSAL.ORD.wpd

1