1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | KAROL JUSKIEWICZ, on behalf of himself and all others similarly situated,    | No. C-05-3094-~~BZ~~ JSW
13 |                                                                              |
   |              Plaintiff,                                                      | STIPULATION AND ~~[PROPOSED]~~
14 |      v.                                                                      | ORDER TO CONTINUE FILING DATE
   |                                                                              | FOR DEFENDANT'S RESPONSE TO
15 | INTEL CORPORATION, a Delaware corporation,                                   | PLAINTIFF'S COMPLAINT
16 |                                                                              |
   |              Defendant.                                                      |
17

18
           IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
19
   COUNSEL AS FOLLOWS:
20
           Pursuant to Civil Local Rule 6-2, Plaintiff Karol Juskiewicz and Defendant Intel
21
   Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be
22
   due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate
23
   or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days
24
   after any such motion has been denied.  The parties request this extension of time to answer or
25
   otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ)
26

---

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE RESPONSE DATE

SF/21630890.1

1  (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate

2  pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified

3  as a related action to that petition.  As a result the outcome of the pending petition will impact

4  significantly the schedule of this case.

5        This is the first stipulation between the parties.  Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED:  August 11, 2005

8

9                Bingham McCutchen LLP

10

11

12            By:     */s/ Joy K. Fuyuno*
                  JOY K. FUYUNO

13              Attorneys for Defendant
              Intel Corporation

14  DATED:  August 16, 2005

15

16                Trump, Alioto, Trump and Prescott

17

18            By:     */s/ Mario N. Alioto*

19                  MARIO N. ALIOTO
            Attorneys for Plaintiff

20                Karol Juskiewicz

21

22

23

24

25

26

## [PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 18, 2005

~~Honorable Bernard Zimmerman~~
~~United States Magistrate Judge~~

Honorable Jeffrey S. White
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21630890.1